1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DAVID M. DAVID,

11            Plaintiff,              No. 2:08-cv-1661 JAM JFM P

12       vs.

13
    HIGH DESERT STATE PRISON,
14  et al.,

15            Defendants.          ORDER SETTING STATUS CONFERENCE

16  _____/

17            This action has been assigned to Judge John A. Mendez and has been referred to

18  the undersigned for all purposes described in Local Rule 72-302(c)(17).

19            Pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule

20  16-240, IT IS HEREBY ORDERED that:

21            1.  A Status (Pretrial Scheduling) Conference is set for January 29, 2009, at 11:00

22  a.m. in courtroom # 26 before the undersigned.

23            2.  All parties shall appear by counsel or in person if acting without counsel.

24            3.  The parties shall submit to the court and serve by mail on all other parties, no

25  later than seven days before the Status (Pretrial Scheduling) Conference, a status report

26  addressing the following matters:

                                     1

a.  Service of process;

b.  Possible joinder of additional parties;

c.  Any expected or desired amendment of the pleadings;

d.  Jurisdiction and venue;

e.  Anticipated motions and the scheduling thereof;

f.  Anticipated discovery and the scheduling thereof;

g.  Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial;

h.  Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

i.  Whether the case is related to any other case, including matters in bankruptcy;

j.  Whether the counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

k.  Any other matters that may add to the just and expeditious disposition of this matter.

4.  Plaintiff and counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (see Local Rule 16-160).  In addition, the parties are cautioned that pursuant to Local Rule 78-230(c), opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  Moreover, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the
/////

1  Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or

2  Rule or within the inherent power of the Court."

3          5.  The Clerk of the Court is directed to issue and send plaintiff one summons for

4  each defendant named in the complaint.  Plaintiff shall complete service of process on defendants

5  named in the complaint within 120 days from the date of this order.  Plaintiff is cautioned that

6  this action may be dismissed if service of process is not accomplished within 120 days from the

7  date that the complaint is filed.  See Fed. R. Civ. P. 4(m).

8  DATED:  October 6, 2008.

9

10  _____
    UNITED STATES MAGISTRATE JUDGE

11

12  /001; davi1661.sco

13

14

15

16

17

18

19

20

21

22

23

24

25

26