IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

    Plaintiff,                      No. 2:08-cv-1661 JAM JFM (PC)

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.

_____/    <u>ORDER</u>

        Plaintiff is a state prisoner proceeding through counsel.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff paid the filing fee.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        The August 11, 2009 order to show cause was issued in error and will be vacated.

        The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  The August 11, 2009 order to show cause is vacated.

        2.  Service is appropriate for defendant Haws and the California Department of Corrections and Rehabilitation.

1

3. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed March 26, 2009.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant named in paragraph 2 above; and

    d. Three copies of the endorsed amended complaint filed March 26, 2009.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: August 11, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; davi1661.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

     Plaintiff,                                No. 2:08-cv-1661 JAM JFM (PC)

     vs.

HIGH DESERT STATE PRISON,
et al.,                                     NOTICE OF SUBMISSION

     Defendants.                       OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          ____     completed summons form

          ____     completed USM-285 forms

          ____     copies of the _____
                                       Complaint

DATED:

                                             _____
                                             Plaintiff