IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

    Plaintiff,                    No. 2:08-cv-1661 JAM JFM (PC)

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.              <u>ORDER TO SHOW CAUSE</u>

          On January 22, 2010, waivers of service were returned executed by defendants Haws and the Department of Corrections and Rehabilitation. The defendants were directed to file a response in the above-entitled action on or before February 12, 2010. A response has not been timely filed. Accordingly, IT IS HEREBY ORDERED the parties shall show cause, at a hearing on April 8, 2010 at 11:00 a.m. in Courtroom #26, why sanctions should not be imposed on counsel for failure to comply with the deadline.

DATED: March 3, 2010.

                                              UNITED STATES MAGISTRATE JUDGE

014/davi1661.osc.ddl