IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

        Plaintiff,                No. 2:08-cv-1661 JAM JFM (PC)

    vs.

HIGH DESERT STATE PRISON, et al.,

        Defendants.             <u>ORDER</u>

        On March 4, 2010, defendants were ordered to show cause at a hearing set for April 8, 2010 why sanctions should not be imposed for failure to file a responsive pleading. On March 26, 2010, defendants filed a motion to dismiss, a response to the court's order to show cause, and a motion for leave to file a late response.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' March 26, 2010 motion for leave to file a late response is granted; and

        2. The order to show cause filed March 4, 2010 is vacated.

DATED: April 5, 2010.

                                        UNITED STATES MAGISTRATE JUDGE

/014.davi1661.vacateosc

1