IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

    Plaintiff,                       No. 2:08-cv-1661 JAM JFM (PC)

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On April 23, 2010, the parties filed a stipulation to continue the hearing on defendants' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that the hearing on defendants' March 26, 2010 motion to dismiss, currently scheduled to be heard on April 29, 2010, is continued to June 3, 2010 at 11:00 a.m. in Courtroom 26

DATED: April 26, 2010.

                                              UNITED STATES MAGISTRATE JUDGE

/014.davi1661.cont

1