IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

        Plaintiff,                  No. 2:08-cv-1661 JAM JFM (PC)

    vs.

HIGH DESERT STATE PRISON, et al.,

        Defendants.          <u>ORDER</u>

        On May 25, 2010, the parties filed a stipulation to continue the hearing on defendants' motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that the hearing on defendants' March 26, 2010 motion to dismiss, currently scheduled to be heard on June 3, 2010, is continued to July 1, 2010 at 11:00 a.m. in Courtroom 26.

DATED: May 27, 2010.

                                UNITED STATES MAGISTRATE JUDGE

/014.davi1661.cont2

1